*E-FILED - 3/31/11*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| **MALCOLM FRETT,** <br><br> Plaintiff, <br><br> v. <br><br> **F. JACQUEZ, et al.,** <br><br> Defendants. | Case No. C 10- 3733 RMW (PR) <br><br> **[] ORDER ORDER GRANTING DEFENDANTS' MOTION TO CHANGE TIME TO FILE DISPOSITIVE MOTION** |

Defendants Jacquez, Metcalfe, Smith, McGuyer, Pena, Cappello, Holben, and Manion (Defendants) have filed a request for an extension of time of time of sixty (60) days, up to and including, **April 29, 2011,** in which to file a dispositive motion. This Court has reviewed Defendants' request and the declaration of Brendan M. Kenny, and finds good cause to GRANT the request. Accordingly, Defendants have up to and including **April 29, 2011** to file a dispositive motion. Plaintiff shall file an opposition no later than **May 30, 2011**, and Defendants shall file a reply brief no later than fifteen days after Plaintiff files an opposition brief.

Dated:  3/31/11

_Ronald M. Whyte_
RONALD M. WHYTE
United States District Judge

1