*E-FILED - 6/3/11*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MALCOLM FRETT,<br><br>　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>F. JACQUEZ, et al.,<br><br>　　　　　　　　　Defendants. | Case No. C 10-3733 RMW (PR)<br><br>**[] ORDER GRANTING DEFENDANTS' MOTION TO CHANGE TIME TO FILE DISPOSITIVE MOTION** |

　　　Defendants Jacquez, Metcalfe, Smith, McGuyer, Pena, Cappello, Holben, and Manion (Defendants) have filed a request for an extension of time of time of seven (7) days, up to and including, **May 6, 2011,** in which to file a dispositive motion.  This Court has reviewed Defendants' request and the declaration of Brendan M. Kenny, and finds good cause to GRANT the request.  Accordingly, Defendants have up to and including **May 6, 2011** to file a dispositive motion.  Plaintiff shall file an opposition no later than **June 6, 2011**, and Defendants shall file a reply brief no later than fifteen days after Plaintiff files an opposition brief.

Dated:　6/3/11

　　　　　　　　　　　　　　　　*Ronald M. Whyte*
　　　　　　　　　　　　　　　　RONALD M. WHYTE
　　　　　　　　　　　　　　　　United States District Judge

1

[] Order Granting Defs.' Mot. Change Time  (C 10- 3733 RMW (PR) )