*E-FILED - 6/24/11*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MALCOLM FRETT,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>F. JACQUEZ, et al.,<br><br>　　　　Defendants.<br>_____/ | No. C 10-3733 RMW (PR)<br><br>ORDER GRANTING PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO FILE OPPOSITION TO DEFENDANTS' MOTION TO DISMISS<br><br>(Docket No. 39) |

Plaintiff, a state prisoner proceeding pro se, filed a civil rights complaint pursuant to 42 U.S.C. § 1983. Before the court is plaintiff's motion for extension of time to file his opposition to defendants' motion to dismiss.

Plaintiff's motion for extension of time is GRANTED and shall be filed no later than **July 29, 2011**. Defendants' reply is due **fifteen (15) days** from the date plaintiff's opposition is filed.

This order terminates docket no. 39.

IT IS SO ORDERED.

DATED: 6/24/11

*/s/ Ronald M. Whyte*
RONALD M. WHYTE
United States District Judge

Order Granting Plaintiff's Motion for Extension of Time to File Opposition to Defendant's Motion for Summary Judgment
P:\PRO-SE\SJ.Rmw\CR.10\Frett733eot.wpd