IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MALCOLM FRETT,<br><br>    Plaintiff,<br><br>v.<br><br>F. JACQUEZ, et al.,<br><br>    Defendants.<br>_____ / | No. C 10-3733 RMW (PR)<br><br>ORDER GRANTING IN PART PLAINTIFF'S SECOND MOTION FOR EXTENSION OF TIME TO FILE OPPOSITION TO DEFENDANTS' MOTION TO DISMISS<br><br>(Docket No. 54) |

Plaintiff, a state prisoner proceeding *pro se*, filed a civil rights complaint pursuant to 42 U.S.C. § 1983. Before the court is plaintiff's second motion for extension of time to file his opposition to defendants' motion to dismiss.

On August 2, 2011, Plaintiff filed a second motion for an extension of time requesting one hundred twenty days (120) days to file his opposition to defendants' motion to dismiss. Plaintiff's motion for extension of time is GRANTED in part. Plaintiff shall file his opposition no later than **thirty (30) days** from the date this order is filed. Defendants' reply is due **fifteen (15) days** from the date plaintiff's opposition is filed.

This order terminates docket no. 54.

IT IS SO ORDERED.

DATED: _____

*Ronald M. Whyte*
RONALD M. WHYTE
United States District Judge

Order Granting In Part Plaintiff's Second Motion for Extension of Time to File Opposition to Defendant's Motion for Summary Judgment
P:\PRO-SE\SJ.Rmw\CR.10\Frett733-2deot.wpd

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

MALCOLM FRETT,

        Plaintiff,

  v.

F JACQUEZ et al,

        Defendant.

Case Number: CV10-03733 RMW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on August 30, 2011, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Malcolm Frett T37449
High Desert State Prison
C8-101-P
PO Box 3030
Susanville, CA 96127

Dated: August 30, 2011

        Richard W. Wieking, Clerk
        By: Jackie Lynn Garcia, Deputy Clerk