IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MALCOLM FRETT,<br><br>Plaintiff,<br><br>v.<br><br>F. JACQUEZ, et al.,<br><br>Defendants. | Case No. C 10-3733 RMW (PR)<br><br>[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO STAY DISCOVERY |

Defendants moved under Federal Rule of Civil Procedure 26(c) for a stay of discovery pending the Court's ruling on Defendants' motion to dismiss, filed on May 5, 2011. The Court has reviewed Defendants' motion and all opposition papers, and GRANTS the motion because Defendants have shown good cause.

Defendants requested that the Court stay discovery pending its ruling on Defendants' motion to dismiss. Because this case will be dismissed if the Court grants Defendants' motion, and because none of Frett's recently-served discovery requests concerns the issues raised in Defendants' motion, all discovery, including discovery motions, is stayed until the Court rules on the motion to dismiss.

///

1

[Proposed] Order Granting Defs.' Mot. Stay Disc.     (C 10-3733 RMW (PR))

1  IT IS SO ORDERED.

2  Dated: ~~FEBRUARY~~

*Ronald M. Whyte*
HONORABLE RONALD M. WHYTE
United States District Judge

3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

2

[~~Proposed~~] Order Granting Defs.' Mot. Stay Disc.                                         (C 10-3733 RMW (PR))

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

MALCOLM FRETT,

        Plaintiff,

  v.

F JACQUEZ et al,

        Defendant.

Case Number: CV10-03733 RMW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on October 20, 2011, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Malcolm Frett T37449
High Desert State Prison
C8-101-P
PO Box 3030
Susanville, CA 96127

Dated: October 20, 2011

                Richard W. Wieking, Clerk
                By: Jackie Lynn Garcia, Deputy Clerk