**E-FILED on 3/6/12**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| MALCOLM FRETT, | ) | No. C 10-3733 RMW (PR) |
| | ) | |
| Plaintiff, | ) | JUDGMENT |
| | ) | |
| v. | ) | |
| | ) | |
| F. JACQUEZ, Warden, et al., | ) | |
| | ) | |
| Defendants. | ) | |

The court has dismissed the instant civil rights complaint for failure to exhaust administrative remedies. A judgment of dismissal is entered. The clerk shall close the file.

IT IS SO ORDERED.

DATED: 3/6/12

*Ronald M. Whyte*
RONALD M. WHYTE
United States District Judge

Judgment
P:\pro-se\sj.rmw\cr.10\Freet733jud

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

MALCOLM FRETT,

        Plaintiff,

  v.

F JACQUEZ et al,

        Defendant.

Case Number: CV10-03733 RMW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on March 6, 2012, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Malcolm Frett T37449
High Desert State Prison
C8-101-P
PO Box 3030
Susanville, CA 96127

Dated: March 6, 2012

                              Richard W. Wieking, Clerk
                              By: Jackie Lynn Garcia, Deputy Clerk