1

2

3

4      <mark>E-FILED on 3/6/2012</mark>

5

6

7

8

9            IN THE UNITED STATES DISTRICT COURT

10           FOR THE NORTHERN DISTRICT OF CALIFORNIA

11

MALCOLM FRETT,                      )        No. C 10-3733 RMW (PR)
12                                   )
            Plaintiff,               )        JUDGMENT
13                                   )
    v.                               )
14                                   )
F. JACQUEZ, Warden, et al.,         )
15                                   )
            Defendants.              )
16  _____)

17

18       The court has dismissed the instant civil rights complaint for failure to exhaust

administrative remedies.  A judgment of dismissal is entered.  The clerk shall close the file.
19

20       IT IS SO ORDERED.

DATED:    3/6/2012
21                                            _Ronald M. Whyte_
                                              RONALD M. WHYTE
22                                            United States District Judge

23

24

25

26

27

28

Judgment
P:\pro-se\sj.rmw\cr.10\Freet733jud

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA


MALCOLM FRETT,

          Plaintiff,

  v.

F JACQUEZ et al,

          Defendant.

Case Number: CV10-03733 RMW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on March 6, 2012, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.


Malcolm Frett T37449
High Desert State Prison
C8-101-P
PO Box 3030
Susanville, CA 96127

Dated: March 6, 2012

          Richard W. Wieking, Clerk
          By: Jackie Lynn Garcia, Deputy Clerk